UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION

YADIRA NIEVES FRAUSTO, *et al.*,  )
                                  )
    Plaintiffs                )
                                  )     No. 3:12-0761
v.                                )     Judge Campbell/Bryant
                                  )     **Jury Demand**
COOPER TIRE & RUBBER COMPANY,     )
                                  )
    Defendant                 )

**TO:  THE HONORABLE TODD J. CAMPBELL**

### REPORT AND RECOMMENDATION

       The undersigned Magistrate Judge conducted a telephone case management conference with counsel for the parties on October 18, 2013.

       Counsel reported that they had conferred and had agreed upon resolution of certain discovery issues and scheduling disputes in this case, subject to the approval of the Court. The undersigned directed counsel to file a proposed amended case management order containing the revised deadlines upon which they had reached agreement. The parties have now filed their proposed amended case management order (Docket Entry No. 76). This proposed order, if adopted by the Court, requires a continuance of the trial date, currently set for January 28, 2014.

       The undersigned Magistrate Judge has reviewed the proposed amended case management order and finds that the revised deadlines contained therein appear reasonable. Therefore, the undersigned recommends that the Court order a continuance of the current trial date with a new target trial date of September 9,

2014. If this recommendation is accepted, the undersigned Magistrate Judge will enter the parties' proposed case management order as submitted.

**ENTER** this 31st day of October, 2013.

                                          /s/ John S. Bryant
                                          JOHN S. BRYANT
                                          United States Magistrate Judge